# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        FAITH D. ROMERO        :        CHAPTER 13
                                     :        NO. 17-18218ELF

## ORDER

AND NOW, this **10th day of May, 2018**, upon consideration of the Debtor's Attorney's Application for Approval of Counsel Fees and Costs, and Certificate of No Objection, it is hereby

**ORDERED** that the compensation of **$3,500.00** and expenses of **$32.00** are **ALLOWED** and that the Standing Chapter 13 Trustee shall distribute **$1,832.00** to counsel for Debtor to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**CHIEF U.S. BANKRUPTCY JUDGE**