# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       FAITH D. ROMERO         :       CHAPTER 13
                                      :       NO. 17-18218ELF

## PRAECIPE FOR CHANGE OF ADDRESS

Faith D. Romero, Debtor, by and through counsel, Daniel P. Mudrick, Esquire, respectfully requests change of address for the above-captioned Chapter 13 case as follows:

> 40 Fetters Mill Square
> Huntingdon Valley, PA 19006

Dated: 2/22/2021

/s/ Daniel P. Mudrick
Daniel P. Mudrick, Esquire
Attorney for Debtor
325 Sentry Parkway
Building 5W - Suite 320
Blue Bell, PA 19422
(610) 832-0100