Certificate Number: 17082-PAE-DE-036852347

Bankruptcy Case Number: 17-18218



17082-PAE-DE-036852347

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 23, 2022, at 7:16 o'clock AM MST, FAITH D ROMERO completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 23, 2022            By:     /s/Orsolya K Lazar

                                      Name:   Orsolya K Lazar

                                      Title:  Executive Director